Joseph J. Haspel
Attorney for Defendant - Mosdos Chofetz Chaim, Inc.
40 Matthews Street, Ste. 201
Goshen, NY 10924
845-294-8950

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X   Case No.: 07 CIV 9278

THE VILLAGE OF CHESTNUT RIDGE, THE
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESTLEY HILLS,
MILTON B. SHAPIRO and DR. SONYA SHAPIRO,

              Petitioners/Plaintiffs,

  -against-                             **Rule 7.1 Statement**

THE TOWN OF RAMAPO, THE TOWN
BOARD OF THE TOWN OF RAMAPO, THE
PLANNING BOARD OF THE TOWN OF
RAMAPO, YESHIVA CHOFETZ CHAIM OF
RADIN, SCENIC DEVELOPMENT, LLC and
THE BOARD OF APPEALS OF THE TOWN
OF RAMAPO, and MOSDOS CHOFETZ
CHAIM, INC.

              Respondents/Defendants.
----------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Mosdos Chofetz Chaim, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

May 8, 2007

                                      _____
                                      Joseph J. Haspel, PLLC
                                      Attorney for Plaintiff
                                      40 Matthews Street
                                      Suite 201
                                      Goshen, New York 10924
                                      (845) 294-8950