John M. Toriello
Patrick J. Sweeney
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007-3189
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
E-mail: john.toriello@hklaw.com
   patrick.sweeney@hklaw.com

Attorneys for Defendants the Town of Ramapo,
the Town Board of the Town of Ramapo, the Planning
Board of the Town of Ramapo, and the Board of
Appeals of the Town of Ramapo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE VILLAGE OF CHESTNUT RIDGE, THE VILLAGE OF MONTEBELLO, THE VILLAGE OF POMONA, THE VILLAGE OF WESLEY HILLS, MILTON B. SHAPIRO, and DR. SONYA SHAPIRO, <br><br>                         Plaintiffs, <br><br> - against - <br><br> THE TOWN OF RAMAPO, THE TOWN BOARD OF RAMAPO, THE PLANNING BOARD OF THE TOWN OF RAMAPO, YESHIVA CHOFETZ CHAIM OF RADIN, SCENIC DEVELOPMENT, LLC, THE BOARD OF APPEAL OF THE TOWN OF RAMAPO, and MOSDOS CHOFETZ CHAIM INC., <br><br>                         Defendants. | 07 civ. 09278 (KMK) <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that John M. Toriello of Holland & Knight LLP hereby appears in this action as counsel for the Town of Ramapo, the Town Board of the Town of

Ramapo, the Planning Board of the Town of Ramapo, and the Board of Appeals of the Town of Ramapo. All pleadings and correspondence should be served as follows:

>John M. Toriello
>Patrick J. Sweeney
>Holland & Knight LLP
>195 Broadway
>New York, NY 10007
>
>Attorneys for Defendants
>the Town of Ramapo, the Town Board of
>the Town of Ramapo, the Planning Board
>of the Town of Ramapo, and the Board of
>Appeals of the Town of Ramapo.

Dated: New York, New York
       October 30, 2007

>HOLLAND & KNIGHT LLP
>
>By: /s/ John M. Toriello
>    John M. Toriello
>    Patrick J. Sweeney
>195 Broadway
>New York, New York 10007
>(212) 513-3200
>(212) 513-9010 (facsimile)
>
>Attorneys for Defendants,
>the Town of Ramapo, the Town Board of the
>Town of Ramapo, the Planning Board of the
>Town of Ramapo, and the Board of Appeals of
>the Town of Ramapo.

# 4895112_v1