USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE VILLAGE OF CHESTNUT RIDGE, THE
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESTLEY
HILLS, MILTON B. SHAPIRO, and DR. SONIA
SHAPIRO,

                      Plaintiffs,

-v-

THE TOWN OF RAMAPO, THE TOWN BOARD
OF THE TOWN OF RAMAPO, THE PLANNING
BOARD OF THE TOWN OF RAMAPO,
YESHIVA CHOFETZ CHAIM OF RADIN,
SCENIC DEVELOPMENT, LLC, THE BOARD OF
APPEALS OF THE TOWN OF RAMAPO, and
MOSDOS CHOFETZ CHAIM, INC.,

                      Defendants.

07-CV-9278 (KMK)

MOTION SCHEDULING ORDER

**KARAS, U.S.D.J.**

      At the Pre-Motion Conference before the Court held on November 2, 2007, the Court adopted the following scheduling order:

> Plaintiffs' motion to remand shall be served upon opposing counsel not later than November 30, 2007.
>
> Defendants' opposition papers are to be served upon opposing counsel not later than December 14, 2007.
>
> Reply papers are to be served upon opposing counsel not later than December 28, 2007.
>
> Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.
>
> Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.
>
> Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.
>
> The movant shall electronically file its motion and reply papers by Electronic

Case File (ECF) System only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that its papers are being filed. Courtesy copies are to be served on all other parties by the assigned date. One courtesy copies of all papers also shall be sent to this Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

In addition, on consent of all Parties, the Court ordered that the removing Defendant's obligation to file the state court record by Electronic Case Filing (ECF) System is waived. The removing Defendant shall instead file a complete copy of the record with the Clerk of Court, sending a second courtesy copy to Chambers, by Friday, November 16, 2007.

All counsel shall file their appearances in the case by ECF not later than Friday, November 16, 2007.

SO ORDERED.

DATED:   White Plains, New York
         November 2, 2007

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE