UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THE VILLAGE OF CHESTNUT RIDGE, THE VILLAGE OF MONTEBELLO, THE VILLAGE OF POMONA, THE VILLAGE OF WESLEY HILLS, MILTON B. SHAPIRO and DR. SONYA SHAPIRO, : : : : | 07-CV-9278 (KMK) **ECF CASE** |
| Petitioners/Plaintiffs, : | |
| - against - : | **NOTICE OF APPEARANCE** |
| THE TOWN OF RAMAPO, THE TOWN BOARD OF THE TOWN OF RAMAPO, THE PLANNING BOARD OF THE TOWN OF RAMAPO, YESHIVA CHOFETZ CHAIM OF RADIN, SCENIC DEVELOPMENT, LLC, and THE BOARD OF APPEALS OF THE TOWN OF RAMAPO, and MOSDOS CHOFETZ CHAIM, INC., : : : : : | |
| Respondents/Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel for Petitioners/Plaintiffs the Village of Chestnut Ridge, the Village of Montebello, the Village of Pomona, the Village of Wesley Hills, Milton B. Shapiro and Dr. Sonya Shapiro (the "Petitioners"), and demands that a copy of all notices and other papers in this action be served upon the undersigned at the address stated below. The undersigned certifies that the below named attorneys are admitted to practice in this Court.

Dated:  November 26, 2007  
       White Plains, New York

ZARIN & STEINMETZ

By:  S/_____  
Michael D. Zarin (MDZ-6692)  
Daniel M. Richmond (DMR-2652)  
Jody T. Cross (JTC-1433)  
*Attorneys for Petitioners*  
81 Main Street, Suite 415  
White Plains, New York  10601  
(914) 682-7800