UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE VILLAGE OF CHESTNUT RIDGE, THE
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESTLEY HILLS,
MILTON B. SHAPIRO and DR. SONYA SHAPIRO,,

                Plaintiffs,

v.                                    Civil Action No.
                                      07 CIV 9278

THE TOWN OF RAMAPO, THE TOWN BOARD OF
THE TOWN OF RAMAPO, THE PLANNING BOARD
OF THE TOWN OF RAMAPO, YESHIV A
CHOFETZ CHAIM OF RADIN, SCENIC
DEVELOPMENT, LLC and THE BOARD OF
APPEALS OF THE TOWN OF RAMAPO, and
MOSDOS CHOFETZ CHAIM, INC.,

                Defendants.

---

**PLEASE TAKE NOTICE** that Andrew J. Romanow of *Buchanan Ingersoll and Rooney, PC* appears as counsel and requests service of papers in this matter on behalf of RBS Citizens, N.A., and respectfully requests that any and all papers served or required to be served in the above-captioned case be served upon the following at the address set forth below:

                Andrew J. Romanow, Esq.
                Buchanan Ingersoll  PC
                268 Main Street, Suite 201
                Buffalo, NY  14202
                (716) 853-2330 Telephone
                (716) 854-4227 Facsimile

Dated: December 21, 2007
      Buffalo, NY                             Respectfully submitted,

                                              s/Andrew J. Romanow
                                              Andrew J. Romanow
                                              Buchanan Ingersoll  PC
                                              268 Main Street, Suite 201
                                              Buffalo, NY 14202
                                              (716) 853-2330 Telephone
                                              (716) 854-4227 Facsimile

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE VILLAGE OF CHESTNUT RIDGE, THE
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESTLEY HILLS,
MILTON B. SHAPIRO and DR. SONYA SHAPIRO,,

                      **Plaintiffs,**

  v.                                              Civil Action No.
                                               07 CIV 9278

THE TOWN OF RAMAPO, THE TOWN BOARD OF
THE TOWN OF RAMAPO, THE PLANNING BOARD
OF THE TOWN OF RAMAPO, YESHIV A
CHOFETZ CHAIM OF RADIN, SCENIC
DEVELOPMENT, LLC and THE BOARD OF
APPEALS OF THE TOWN OF RAMAPO, and
MOSDOS CHOFETZ CHAIM, INC.,

                      **Defendants.**

---

## CERTIFICATE OF SERVICE

    I, Andrew J. Romanow, hereby certify that I electronically filed a copy of the foregoing Notice of Appearance and Request for Service of Papers ("Notice") through the Court's ECF system and served or caused to be served the aforementioned Notice this 21st day of December, 2007, via first-class, postage prepaid U.S. mail upon the party listed on the attached mailing matrix.

                                                     s/Andrew J. Romanow
                                                     Andrew J. Romanow
                                                     Buchanan Ingersoll PC
                                                     268 Main Street, Suite 201
                                                     Buffalo, NY 14202
                                                     (716) 853-2330 Telephone
                                                     (716) 854-4227 Facsimile

**SERVICE LIST**

**Zarin & Steinmetz**
**Attorneys for Petitioners/Plaintiffs**
**81 Main Street, Suite 415**
**White plains, NY  10601**

**Joseph J. Haspel**
**Attorneys for Defendant Mosdos Chofetz Chaim, Inc.**
**40 Matthews Street, Suite 201**
**Goshen, NY  10924**

**John N. Toriello, Esq.**
**Attorneys for Town of Ramapo**
**Holland and Knight, LLP**
**195 Broadway, 24th Floor**
**New York, NY  10007-3189**

**Terry Rice, Esq.**
**Rice & Anion**
**Attorneys for Scenic Development, LLC**
**Four Executive Boulevard, Suite 100**
**Suffern, NY  10901**

**Town of Ramapo Office of the Town Attorney**
**Attorneys for Town of Ramapo and Planning Board**
**237 Route 59**
**Suffern, NY  10901**

**County Clerk of the County of Westchester**
**111 Dr. Martin King, Jr. Boulevard**
**White Plains, NY  10601**

**Ferrick, Lynch & MacCartney**
**Attorneys for Yeshiva Chofetz Chaim Inc.**
**96 South Broadway**
**Nyack, NY  10960**