UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE VILLAGE OF CHESTNUT RIDGE, THE                    :
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESLEY HILLS,               :          07-CV-9278 (KMK)
MILTON B. SHAPIRO and DR. SONYA SHAPIRO,              :
                                                                **ECF CASE**
                        Petitioners/Plaintiffs,       :

            - against -                               :          **NOTICE OF MOTION**
                                                                **FOR REMAND**
THE TOWN OF RAMAPO, THE TOWN                          :
BOARD OF THE TOWN OF RAMAPO, THE
PLANNING BOARD OF THE TOWN OF                         :
RAMAPO, YESHIVA CHOFETZ CHAIM OF
RADIN, SCENIC DEVELOPMENT, LLC, and THE               :
BOARD OF APPEALS OF THE TOWN OF RAMAPO,
and MOSDOS CHOFETZ CHAIM, INC.,                       :

                        Respondents/Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


   **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in

Support of Petitioners' Motion for Remand, dated November 30, 2007, the exhibits annexed

hereto, and upon all pleadings and proceedings had and filed herein, Petitioners/Plaintiffs will

move this Court, before Judge Kenneth M. Karas, United States District Judge, for an Order

pursuant to 28 U.S.C.A. Section 1447(c):

   (i)    remanding the action back to the New York State Supreme Court,

Westchester County;

   (ii)   granting such other relief as this Court deems just and proper; and

(iii)    in the event removal is granted, scheduling a pre-motion conference in connection with a proposed Motion for Costs and/or Sanctions pursuant to 28 U.S.C.A. Section 1447(c).

Dated: November 30, 2007
         White Plains, New York

                                              Respectfully submitted,

                                              ZARIN & STEINMETZ

                              By:    _____
                                      Michael D. Zarin (MDZ-6692)
                                      Daniel M. Richmond (DMR-2652)
                                      Jody T. Cross (JTC-1433)
                                      *Attorneys for Petitioners*
                                      81 Main Street, Suite 415
                                      White Plains, New York  10601
                                      (914) 682-7800

TO:    Terry A. Rice, Esq.
        Rice & Amon
        4 Executive Boulevard
        Suffern, NY  10901

        Patrick Sweeny, Esq.
        Holland & Knight LLP
        195 Broadway, 24th Floor
        New York, NY 10007-3189

        Dennis E. A. Lynch, Esq.
        Feerick, Lynch & MacCartney PLLC
        96 South Broadway
        South Nyack, NY  10960

        Joseph J. Haspel, Esq.
        Joseph J. Haspel, PLLC
        40 Mathews Street, Suite 201
        Goshen, New York 10924

**Exhibit A**

