**Exhibit I**

# WARRANTY DEED

KNOW ALL MEN BY THESE PRESENTS THAT:

THIS WARRANTY DEED, executed this 14th day of December, 2005,

by first party,

**YESHIVAH CHOFETZ CHAIM INC,**

a Corporation organized under the laws of the state of NEW YORK (hereinafter referred to as "Grantor") whose post office mailing address is

**82 HIGHVIEW RD., SUFFERN, NY 10901.**
To the second party,

**MOSDOS CHOFETZ CHAIM INC.,**

a Corporation organized under the laws of the state of NEW YORK (hereinafter referred to as "Grantee") whose post office mailing address is

**82 HIGHVIEW RD., SUFFERN, NY 10901.**


WITNESSETH, That the first party, for consideration in the sum of
**FOUR MILLION Dollars ($4,000,000.00)**

by the said second party, and other good and valuable consideration, the receipt of which is hereby acknowledged, does hereby grant and release unto the second party and assigns forever, all the estate, rights, title, interest and claim which the said first party has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of ROCKLAND , State of New York, to wit:

SEE ATTACHED DISCRIPTION (Attachment "A")

Previously referenced as follows:

**LOT 89/41.20-2-40,** of the Recorder of deeds in the County of Rockland .

SUBJECT TO all easements, rights-of-way, mineral reservations of record and protective covenants, if any.

TO INCLUDE, any and all gas, oil and minerals, all and any other rights under, on or in any way within the boundaries of the above described property.

TO HAVE AND TO HOLD the premises herein granted unto the second party and assigns

3

forever. And said first party covenants as follows:

**First.** That said first party is seized of said premises in fee simple, and has good right to convey the same;

**Second.** That the second party shall quietly enjoy the said premises;

**Third.** That the said premises are free from encumbrances;

**Fourth.** That the first party will execute or procure any further necessary assurance of the title to said premises;

**Fifth.** That said first party will forever warrant the title to said premises.

**IN WITNESS WHEREOF,** The said first party has caused its corporate seal to be hereunto affixed and these presents to be signed by its duly authorized officer the day and year first above written.

Name of Corporation: **YESHIVAH CHOFETZ CHAIM INC.**

BY Authorized Representative: _[signature]_
Title _SEC._

CORPORATE SEAL

Print Name: _ELLIOT BERNEY_
Title: _SEC._

State of NEW YORK County of ROCKLAND
On the _14TH_ day of _DECEMBER 2005_ before me, a Notary Public, appeared _ELLIOT BERNEY_ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature of Notary   Print Name   (Seal)
My Commission Expires on _____

MOSHE E. MALIK
Notary Public, State of New York
No. 4961978
Qualified in Rockland County
Commission Expires Feb. 12, 20_06_

File#:200500069464

(Attachment "A")

DESCRIPTION OF PROPERTY
FOR WARRANTY DEED DATED
December 14, 2005

Grantor: YESHIVA CHOFETZ CHAIM INC,
Grantee: MOSDOS CHOFETZ CHAIM INC.,

ALL THAT tract or parcel of land situated in the Village of New Hempstead, ^Town of Ramapo County of Rockland, State of New York, and more particularly described as follows:

Beginning at the point where the centerline of Grandview Avenue at the northwesterly corner of lands of the United States of America, said point being north 84°-51'-02". Proceeding thence:

1. West along said centerline a distance of 61 3.15 feet, from the northwesterly corner of lands of Tosha Samaroff

2. Thence running south 04°-23'-35" west along said lands of the United States of America, a distance of 425.00 feet;

3. Thence north 84°—51'-02" west through lands of the Halloran H. Brown Estate, a distance of
500.00 feet;

4. Thence north 04°-23'-35" east, still through lands of the Halloran H. Brown Estate, a distance of 425.00 feet to the centerline of Grandview Avenue;

5. Thence south 84°-51'-02" east, along said centerline, a distance of 500.00 feet to a point or place of beginning.

**Containing 4.88 acres of land more or less.**

*RP Mosdos Chofetz Chaim*
*82 Highview Rd.*
*Suffern NY. 10901*

**Exhibit J**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------x

THE VILLAGE OF CHESTNUT RIDGE, THE
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESLEY HILLS,   : Index No. 04-16876
MILTON B. SHAPIRO and DR. SONYA SHAPIRO,  :
                                           Assigned Judge:
          Petitioners/Plaintiffs,   : Hon. Francis A. Nicolai

   - against -                           :
                                           NOTICE OF AMENDED
THE TOWN OF RAMAPO, THE TOWN              : VERIFIED PETITION
BOARD OF THE TOWN OF RAMAPO, THE
PLANNING BOARD OF THE TOWN OF             :
RAMAPO, YESHIVA CHOFETZ CHAIM OF
RADIN, SCENIC DEVELOPMENT, LLC, and THE   : **RECEIVED**
BOARD OF APPEALS OF THE TOWN OF RAMAPO,
and MOSDOS CHOFETZ CHAIM, INC.,           : SEP 2 8 2007
                                           CHIEF CLERK
          Respondents/Defendants.   : WESTCHESTER SUPREME
----------------------------------------x  AND COUNTY COURTS

**PLEASE TAKE NOTICE**, that upon the Amended Verified Petition of Petitioners, verified on the 23rd day of December 2004, and upon all pleadings and proceedings previously had and filed herein, including, the Memorandum of Law in Support of Petitioners' Article 78 Petition dated October 12, 2004; the Affidavit of Robert H. Frankl, sworn to October 5, 2004; the Affidavit of Jerome Kobre, sworn to October 6, 2004; the Affidavit of Jeffrey Osterman, sworn to September 29, 2004; the Affidavit of Bernard Adler, sworn to October 6, 2004; the Affidavit of Jay B. Rosenstein, sworn to September 14, 2004; the Affidavit of Robert Moskowitz, sworn to September 22, 2004, the Affidavit of Milton B. Shapiro and Dr. Sonya Shapiro, sworn to September 30, 2004, and all exhibits annexed thereto, application will be made to the Supreme Court of the State of New York, County of Westchester, at 111 Dr. Martin Luther

King, Jr. Boulevard, White Plains, New York on the 17th day of October, 2007, at 9:30 o'clock in the forenoon, or as soon thereafter as counsel can be heard, for a judgment granting the relief requested in the Amended Verified Petition, and

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 7804(c) of the Civil Practice Laws and Rules ("CPLR"), a Verified Answer and supporting affidavits, if any, must be served at least five (5) days before the return date of this application and that, pursuant to CPLR Section 7804(c), Respondents are directed to file a certified copy of the proceedings to be considered herein.

Dated: White Plains, New York
       September 26, 2007

                                          Respectfully submitted,

                                          ZARIN & STEINMETZ

                                   By:    _____
                                          Michael D. Zarin
                                          *Attorneys for Petitioners/Plaintiffs*
                                          81 Main Street, Suite 415
                                          White Plains, New York 10601
                                          (914) 682-7800

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
--------------------------------------- x

THE VILLAGE OF CHESTNUT RIDGE, THE :
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESLEY HILLS, :    Index No. 04-16876
MILTON B. SHAPIRO and DR. SONYA SHAPIRO, :

                                                                Assigned Judge:
                       Petitioners/Plaintiffs,    :    Hon. Francis A. Nicolai

                - against -                            :    **AMENDED SUMMONS**

THE TOWN OF RAMAPO, THE TOWN             Plaintiffs designate
BOARD OF THE TOWN OF RAMAPO, THE           Westchester County as
PLANNING BOARD OF THE TOWN OF             :    the place of trial.  Venue
RAMAPO, YESHIVA CHOFETZ CHAIM OF          is based upon the judicial
RADIN, SCENIC DEVELOPMENT, LLC, and THE      district where the
BOARD OF APPEALS OF THE TOWN OF RAMAPO,    determination complained
and MOSDOS CHOFETZ CHAIM, INC.,               of was made.

                          Respondents/Defendants. :
--------------------------------------- x

To the above named Defendants:

         **YOU ARE HEREBY SUMMONED** to answer the Amended Verified Complaint in this action and to serve a copy of your Answer, or, if the Amended Verified Complaint is not served with this Amended Summons, to serve a Notice of Appearance, on the Plaintiffs' attorneys within 20 days after the service of this Amended Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Amended Verified Complaint.

Dated: White Plains, New York
September 26, 2007

                                Respectfully submitted,

                                ZARIN & STEINMETZ

                   By: _____
                                Michael D. Zarin
                                *Attorneys for Petitioner/*
                                *Plaintiff Villages*
                                81 Main Street, Suite 415
                                White Plains, New York  10601
                                (914) 682-7800

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER
----------------------------------------x

THE VILLAGE OF CHESTNUT RIDGE, THE
VILLAGE OF MONTEBELLO, THE VILLAGE
OF POMONA, THE VILLAGE OF WESLEY HILLS,  :  Index No. 04-16876
MILTON B. SHAPIRO and DR. SONYA SHAPIRO, :

                                    Petitioners/Plaintiffs,   :   Assigned Judge:
                                                                       Hon. Francis A. Nicolai

              - against -   :

THE TOWN OF RAMAPO, THE TOWN            :   AMENDED VERIFIED
BOARD OF THE TOWN OF RAMAPO, THE              PETITION
PLANNING BOARD OF THE TOWN OF           :   AND COMPLAINT
RAMAPO, YESHIVA CHOFETZ CHAIM OF
RADIN, SCENIC DEVELOPMENT, LLC, and THE :
BOARD OF APPEALS OF THE TOWN OF RAMAPO,
and MOSDOS CHOFETZ CHAIM, INC.,         :

                                    Respondents/Defendants. :
----------------------------------------x

        Petitioners/Plaintiffs the Village of Chestnut Ridge, the Village of Montebello, the Village of Pomona, and the Village of Wesley Hills (collectively, the "Villages"), by their attorneys, Zarin & Steinmetz, and Jay B. Rosenstein, Robert Moskowitz, Milton B. Shapiro and Dr. Sonya Shapiro (collectively with the Villages, the "Petitioners/Plaintiffs"), by their attorneys Ross & Gess, Attorneys, P.C., as and for their Amended Verified Petition and Complaint herein, respectfully allege, as follows:

## SUMMARY OF ACTION

        1.    Petitioners/Plaintiffs bring this hybrid action against the Town of Ramapo and the Town Board of the Town of Ramapo (collectively, the "Town" or "Ramapo") to have the Town's recently enacted Adult Student Housing Law declared void and unconstitutional.

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF WESTCHESTER    )

  Being duly sworn, Allyson Crespo hereby deposes and says as follows:

1. I am not a party to this action and am over 18 years of age;

2. On September 26, 2007, I served the Notice of Amended Verified Petition and Amended Summons, dated September 26, 2007, the Amended Verified Petition and Complaint with Supporting Affidavits and Exhibits, dated December 23, 2004 and the Memorandum of Law in Support of Petitioners' Article 78 Petition dated October 12, 2004 by sending a copy via Federal Express within New York State addressed to the following persons at the last known addresses set forth below:

    Joseph Haspel, Esq.
    40 Matthews Street, Suite 201
    Goshen, NY 10924

              _____
               Allyson Crespo

Sworn to before me this
27th day of September, 2007

_____
Notary Public

    DEBORAH NICHOLLS
  NOTARY PUBLIC, STATE OF NEW YORK
     NO. 01NI6102815
    QUALIFIED IN BRONX COUNTY
  COMMISSION EXPIRES 12/08/2007