STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF WESTCHESTER    )

        Being duly sworn, Allyson Crespo hereby deposes and says as follows:

1.     I am not a party to this action and am over 18 years of age;

2.     On December 28, 2007, I served the Reply Memorandum of Law in Further Support of Petitioners' Motion to Remand and Answer to Counterclaims and Exhibits by sending a copy via Federal Express Overnight Mail within New York State addressed to the following persons at the last known addresses set forth below:

        Terry A. Rice, Esq.
        Rice & Amon
        4 Executive Boulevard
        Suffern, NY 10901

        Patrick Sweeney, Esq.
        Holland & Knight LLP
        195 Broadway, 24th Floor
        New York, NY 10007-3189

        Dennis E. A. Lynch, Esq.
        Feerick, Lynch & MacCartney PLLC
        96 South Broadway
        South Nyack, NY 10960

        Joseph J. Haspel, Esq.
        Joseph J. Haspel, PLLC
        40 Mathews Street, Suite 201
        Goshen, New York 10924

        Andrew J. Romanow, Esq.
        Buchanan Ingersoll, PC
        268 Main Street, Suite, 201
        Buffalo, NY 14202

        _____
        Allyson Crespo

Sworn to before me this
28th day of December 2007

_____
Notary Public

02RH6136644
Notary Public State of New
Kebra A. Rhedrick
Appointment expires 11-14-09