STATE OF NEW YORK           )
                            )  ss.:
COUNTY OF WESTCHESTER       )

        Being duly sworn, Allyson Crespo hereby deposes and says as follows:

1.    I am not a party to this action and am over 18 years of age;

2.    On November 30, 2007, I served the Memorandum of Law in Support of Petitioners' Motion for Remand and Notice of Motion and Exhibits by sending a copy via Federal Express Overnight Mail within New York State addressed to the following persons at the last known addresses set forth below:

Terry A. Rice, Esq.
Rice & Amon
4 Executive Boulevard
Suffern, NY  10901

Patrick Sweeney, Esq.
Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY  10007-3189

Dennis E. A. Lynch, Esq.
Feerick, Lynch & MacCartney PLLC
96 South Broadway
South Nyack, NY  10960

Joseph J. Haspel, Esq.
Joseph J. Haspel, PLLC
40 Mathews Street, Suite 201
Goshen, New York 10924

                                                                Allyson Crespo

Sworn to before me this
30th day of November 2007

_____
Notary Public

JODY TAMAR CROSS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02CR6078789
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES AUGUST 5, 2010