UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Village of Chestnut Ridge, The Village of Montebello, The Village of Pomona, The Village of Westley Hills, Milton B. Shapiro and Dr. Sonya Shapiro,<br><br>        Petitioners/Plaintiffs,<br><br>vs.<br><br>The Town of Ramapo, The Town Board of the Town of Ramapo, The Planning Board of The Town of Ramapo, Yeshiva Chofetz Chaim of Radin, Scenic Development, LLC and The Board of Appeals of the Town of Ramapo, and Mosdos Chofetz Chaim, Inc.<br><br>        Respondents/Defendants. | 07 Civ. 9278 (KMK)<br><br>**NOTICE OF**<br><br>**APPEARANCE** |

PLEASE TAKE NOTICE that Reuben S. Koolyk of the firm of Arnold & Porter LLP shall appear as counsel of record for respondent/defendant, Mosdos Chofetz Chaim, Inc., in the above-referenced action.

Dated: New York, New York
      February 8, 2008

                                ARNOLD & PORTER LLP

                                By_____
                                   Reuben S. Koolyk
                                   399 Park Avenue
                                   New York, NY 10022
                                   (212) 715-1133 (telephone)
                                   (212) 715-1399 (facsimile)
                                   Reuben.Koolyk@aporter.com (email)

                                *Attorneys for Respondent/Defendant*
                                *Mosdos Chofetz Chaim, Inc.*

TO:  Zarin & Steinmetz
     Attorneys for Petitioners/Plaintiffs
     81 Main Street, Suite 415
     White Plains, NY 10601

     John N. Toriello, Esq.
     Holland and Knight, LLP
     Attorneys for Town of Ramapo
     195 Broadway, 24th Floor
     New York, NY 10007-3189

     Town of Ramapo
     Attorneys for Town of Ramapo and Planning Board
     Office of the Town Attorney
     237 Route 59
     Suffern, NY 10901

     Terry Rice, Esq.
     Rice & Amon
     Attorneys for Scenic Development LLC
     Four Executive Boulevard, Suite 100
     Suffern, NY 10901

     Ferrick, Lynch & Mac Cartney
     Attorneys for Yeshiva Chofetz Chaim Inc.
     96 South Broadway
     Nyack, NY 10960