```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE VILLAGE OF CHESTNUT RIDGE et al.,

                  Plaintiffs,

  -v-

THE TOWN OF RAMAPO et al.,

                  Defendants.

07-CV-9278 (KMK)

ORDER

**KARAS, U.S.D.J.**

      Papers filed by Petitioner-Plaintiffs in support of the pending Motion for Remand raise the issue of the "rule of unanimity" whereby "[f]or removal to be effective in a case where there are multiple defendants, all defendants must join in seeking removal or consent thereto in a timely manner." *Glatzer v. Hanley*, No. 06-CV-15347, 2007 WL 1334971, at *2 (S.D.N.Y. May 8, 2007). (Reply Mem. of Law in Further Support of Petitioners' Motion for Remand at 4.) Specifically, Petitioner-Plaintiffs suggest that Respondent-Defendant Scenic Development, LLC, may not have consented to the removal. Accordingly, it is

      ORDERED that counsel for each Respondent-Defendant other than Mosdos Chofetz Chaim, Inc., shall submit to the Court a letter not to exceed one page stating: (1) whether such Defendant consents to removal; (2) at what time, and by what mechanism, such Defendant first consented to removal; and (3) the names and law firm affiliations of counsel who will be representing such Defendant in any proceedings before this Court. Such letters shall be sent to Chambers by hand delivery or by mail, postmarked no later than Wednesday, May 7, 2008, and shall not be filed on the Court's Electronic Case Filing (ECF) system.

SO ORDERED.

DATED:    White Plains, New York
             April 29, 2008

                                          KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE