**MEMO ENDORSED**



# POLTER & STERN, LLP
### ATTORNEYS AT LAW

May 6 2008

Hon. Kenneth A. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: **Village of Chestnut Ridge v. Town of Ramapo 07-CV-9278 (KMK)**

Dear Judge Karas:

Please be advised in response to the Court's Order, dated April 29, 2008, Yeshiva Chofetz Chaim Inc. ("YCCI") consents to the removal of the above captioned action to federal court. At the time of the removal YCCI advised officers of Mosdos Chofetz Chaim Inc. that YCCI consents to such removal.

Be further advised, that I am the attorney for YCCI, and will represent its interests in this matter as well.

Appearance for YCCI:

Stephen J Polter, Esq.
Polter & Stern, LLP
266 Broadway, Suite 404
Brooklyn, NY 11211
718-222-3300
718-222-3302 (fax)
sjpolter@polterstern.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Sincerely,

Stephen J Polter

CC: (ALL VIA FACSIMILE ON MAY 7, 2008)
Zarin & Steinmetz
Holland & Knight, LLP
Joseph J. Haspel, PLLC
Arnold & Porter, LLP

*THE CLERK OF COURT IS RESPECTFULLY REQUESTED TO DOCKET THIS LETTER AND TO RECORD MR. POLTER AS COUNSEL TO DEFENDANT YESHIVA CHOFETZ CHAIM.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

5/7/08