## RICE & AMON
### ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000

**MEMO ENDORSED**

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

Fax: (845) 357-0765

SHELDON DAMSKY
OF COUNSEL

May 6, 2008

Hon. Kenneth A. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

**Re: Village of Chestnut Ridge v. Town of Ramapo**
    **07-CV-9278 (KMK)**

Dear Judge Karas:

I represent Scenic Development LLC in the above matter. Please be advised that in response to the Court's Order dated April 29, 2008, my client consents to the removal of the action to federal court. I have not previously commented on the removal petition. My client informs me that at the time removal was being considered by Chofetz Chaim, they advised a principal of Chofetz Chaim that they consented to the removal.

As requested by the foregoing Order, the appearance for Scenic Development LLC is: Terry Rice, Rice & Amon, Four Executive Boulevard, Suite 100, Suffern, New York 10901.

Please advise me if you require any additional information.

Very truly yours,

Terry Rice

TR-wp-0506/60
cc: Zarin & Steinmetz
    Holland & Knight LLP
    Joseph J. Haspel, PLLC
    Arnold & Porter, LLP

*The Clerk is respectfully requested to docket this letter.*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
5/9/08