# Holland + Knight

Tel  212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway, 24th Floor
New York, NY 10007-3189
www.hklaw.com

Patrick J. Sweeney
212 513 3547
patrick.sweeney@hklaw.com

May 7, 2008

**MEMO ENDORSED**

VIA FIRST CLASS MAIL

The Honorable Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:  *Village of Chestnut Ridge, et al. v. Town of Ramapo, et al.,* 07 Civ. 9278 (KMK)

Your Honor:

We represent respondents/defendants in the above-referenced action, the Town of Ramapo, the Town Board of the Town of Ramapo, the Planning Board of the Town of Ramapo, and the Board of Appeals of the Town of Ramapo (collectively, the "Town"). We submit this letter pursuant to your order dated May 1, 2008 directing us to state: (1) whether the Town consents to removal; (2) at what time, and by what mechanism, the Town first consented to removal; and (3) the names and law firm affiliation of counsel who will be representing the Town in any proceeding before this Court.

In response, we respectfully submit that: (1) the Town consents to the removal of this action from state court and fully supports Mosdos Chofetz Chaim's right to a federal forum for the resolution of the claims against it; (2) the Town confirmed its consent to the removal of this action by way of a letter to this Court dated October 26, 2007; and (3) John Toriello and the undersigned, Patrick Sweeney, both of Holland & Knight LLP, will be representing the Town in any proceeding before this Court.

Respectfully submitted,

Patrick J. Sweeney

*The Clerk is respectfully requested to docket this letter.*

cc:  All counsel of record

SO ORDERED

KENNETH M. KARAS U.S.D.J.
5/9/08

Atlanta • Bethesda • Boston • Chicago • Fort Lauderdale • Jacksonville • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • San Francisco
Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing • Caracas* • Helsinki* • Mexico City • Tel Aviv* • Tokyo • *Representative Office