USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Village of Chestnut Ridge, et al.,

           Plaintiffs,

-v-

The Town of Ramapo, et al.,

           Defendants.

Case No. 07-CV-9278 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on Plaintiffs' Motion to Remand before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, June 10, 2008 at 2:00 p.m. in Courtroom 521, U. S. District Court, 300 Quarropas Street, White Plains, New York 10601.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: May 20, 2008
       White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J