UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

**THE VILLAGE OF CHESTNUT RIDGE, THE VILLAGE OF MONTEBELLO, THE VILLAGE OF POMONA, THE VILLAGE OF WESLEY HILLS, JAY B. ROSENSTEIN, ROBERT MOSKOWITZ, MILTON B. SHAPIRO** and **DR. SONYA SHAPIRO**,

                Petitioners-Plaintiffs,

    -against-

**THE TOWN OF RAMAPO, THE TOWN BOARD OF THE TOWN OF RAMAPO, THE PLANNING BOARD OF THE TOWN OF RAMAPO, YESHIVA CHOFETZ OF RADIN, SCENIC DEVELOPMENT, LLC** and **THE BOARD OF APPEALS OF THE TOWN OF RAMAPO**,

                Respondents-Defendants.

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Respondents-Defendants **SCENIC DEVELOPMENT, LLC,** hereby appear by Rice & Amon, Four Executive Boulevard, Suite 100, Suffern, New York 10901 in the above-entitled action.

Dated: Suffern, New York
       May 22, 2008

                                          Rice & Amon

                                          /S/_____
                                          By: Terry Rice (TR 1022)
                                          Attorneys for Defendants
                                          Four Executive Boulevard
                                          Suite 100
                                          Suffern, New York 10901
                                          (845) 357-4000