**MEMO ENDORSED**

# RICE & AMON
ATTORNEYS AT LAW
FOUR EXECUTIVE BOULEVARD
SUITE 100
SUFFERN, NEW YORK 10901
(845) 357-4000
Fax: (845) 357-0765

TERRY RICE *
CLAUDIA AMON
* ADMITTED TO PRACTICE IN N.Y. & N.J.

SHELDON DAMSKY
OF COUNSEL

May 23, 2008

Hon. Kenneth A. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Village of Chestnut Ridge v. Town of Ramapo
07-CV-9278 (KMK)

Dear Judge Karas:

I represent Scenic Development LLC in the above matter. The Court's Order of May 20, 2008 scheduled argument on the Plaintiffs' motion to remand for June 10, 2008. I have been advised by my clients that June 9 and 10 are religious holidays which prohibit their attendance or an appearance by anyone on their behalf. As a result, we respectfully request that the appearance be adjourned to a date other than June 9 or 10. Thank you for your consideration.

Very truly yours,

Terry Rice

TR-wp-0523/67
cc: Zarin & Steinmetz
   Holland & Knight LLP
   Joseph J. Haspel, PLLC
   Arnold & Porter, LLP

ORAL ARGUMENT IS ADJOURNED UNTIL WEDNESDAY, JULY 2, 2008, AT 10:00 AM.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/2/08